# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Barry Earl Gebauer,<br>aka Barry E Gebauer, aka Barry Gebauer, aka Barry Gebauer & Associates,<br>**Debtor 1** | Chapter 7<br><br>Case No. 5:25–bk–02093–MJC |

Social Security No.:
                xxx–xx–9497

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

                **Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

                BY THE COURT
                By the Court,

                Mark J. Conway, United States Bankruptcy Judge

                Dated: November 7, 2025

**fnldecac** (05/18)