United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                                               Case No. 25-02093-MJC

Barry Earl Gebauer                                                                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                     User: admin                                       Page 1 of 3
Date Rcvd: Nov 07, 2025                           Form ID: 318                                   Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry Earl Gebauer, PO Box 93, Hazle Township, PA 18201-0093 |
| 5729508 | | Capital One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5729519 | + | MC World Standard, 2000 Purchase Street, Purchase, NY 10577-2405 |
| 5729521 | + | Mohela, PO Box 300001, Greenville, TX 75403-3001 |
| 5729532 | | State Farm Life Insurance Company, PO Box 2364, Bloomington, IL 61702-2364 |
| 5729533 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Nov 07 2025 23:33:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5734869 | | EDI: PHINAMERI.COM | Nov 07 2025 23:33:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5729504 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 07 2025 18:48:31 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5729505 | | EDI: GMACFS.COM | Nov 07 2025 23:33:00 | Ally Bank, PO Box 380902, Bloomington, MN 55438-0902 |
| 5729506 | + | EDI: PHINAMERI.COM | Nov 07 2025 23:33:00 | Americredit/ GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5729509 | | EDI: CAPITALONE.COM | Nov 07 2025 23:33:00 | Capital One Bank, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5729510 | | EDI: CITICORP | Nov 07 2025 23:33:00 | CBNA Best buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5729511 | + | EDI: CITICORP | Nov 07 2025 23:33:00 | CITI CARDS/CITIBANK, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 5729507 | | Email/Text: cms-bk@cms-collect.com | Nov 07 2025 18:39:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5729512 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 07 2025 18:48:31 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5729513 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 07 2025 18:48:31 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 5729514 | + | EDI: MAXMSAIDV | Nov 07 2025 23:33:00 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 5729516 | + | EDI: JPMORGANCHASE | Nov 07 2025 23:33:00 | JPMorgan Chase Bank, PO Box 15369, |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Wilmington, DE 19850-5369 |
| 5729515 | + | EDI: JEFFERSONCAP.COM | Nov 07 2025 23:33:00 | Jefferson Capital LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5729518 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2025 18:48:32 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5729517 | ^ | MEBN | Nov 07 2025 18:34:04 | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 5729520 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2025 18:39:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5729521 | ^ | MEBN | Nov 07 2025 18:34:21 | Mohela, PO Box 300001, Greenville, TX 75403-3001 |
| 5729522 | ^ | MEBN | Nov 07 2025 18:34:07 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 5729523 | + | EDI: AGFINANCE.COM | Nov 07 2025 23:33:00 | OneMain Financial, 100 International Dr, 15th Floor, Baltimore, MD 21202-4784 |
| 5729526 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2025 18:39:00 | PNC Bank N.A., PO Box 5580, Cleveland, OH 44101 |
| 5729527 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2025 18:39:00 | PNC Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 5729528 | | Email/Text: signed.order@pfwattorneys.com | Nov 07 2025 18:39:00 | Pressler and Pressler, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5729524 | ^ | MEBN | Nov 07 2025 18:34:14 | Patenaude & Felix, A.P.C, 2400 Ansys Dr Ste 402B, Canonsburg, PA 15317-0403 |
| 5729525 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2025 18:48:24 | Plusfinance/cws, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5729529 | | Email/Text: ngisupport@radiusgs.com | Nov 07 2025 18:39:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5729530 | ^ | MEBN | Nov 07 2025 18:34:10 | Ratchford Law Group, P.C., 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5729531 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2025 18:48:25 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5729534 | | Email/Text: edbknotices@ecmc.org | Nov 07 2025 18:39:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5729535 | | Email/Text: bankruptcy@webbank.com | Nov 07 2025 18:39:00 | WebBank, 215 S State St Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5734907 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Barry Earl Gebauer usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| Debtor 1 | **Barry Earl Gebauer** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9497 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–02093–MJC | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Barry Earl Gebauer
aka Barry E Gebauer, aka Barry Gebauer, aka
Barry Gebauer & Associates

11/7/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**